IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY JANE TAYLOR, as the
Personal Representative of the Estate
of Willie M. Taylor, Deceased                                                        PLAINTIFF

v.                          Case No. 4:19-cv-4129

KANSAS CITY SOUTHERN
RAILWAY COMPANY                                                DEFENDANT

## ORDER

Before the Court is the parties' Joint Petition for Authority to Settle Claims. (ECF No. 44). No response is necessary.

Plaintiff, on behalf of the estate of Willie M. Taylor, has reached a preliminary settlement of all claims in this case, subject to the Court's approval. The parties ask the Court to authorize Plaintiff to accept the settlement offer and execute it, individually and in her representative capacity. They also ask for approval for Plaintiff to distribute the remaining settlement proceeds after payment of attorneys' fees and liens.

The Court finds good cause for the instant motion (ECF No. 44), which is hereby **GRANTED**. The Court has reviewed the parties' proposed settlement, attached to the instant motion, and finds it fair and reasonable. Plaintiff may accept and execute the settlement offer, and afterwards distribute the proceeds according to the settlement agreement's terms.[1]

**IT IS SO ORDERED**, this 18th day of March, 2022.

                                                           /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           Chief United States District Judge

---

[1] The instant motion does not ask for dismissal of this case. If that is desired after the settlement agreement is executed, the parties may file an appropriate motion or stipulation at that time.